# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DARRYL BOOKER** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) CIVIL ACTION FILE No. |
| | ) _____ |
| **v.** | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| **INTERACTIVE LEARNING** | ) |
| **SYSTEMS, INC. d/b/a INTERACTIVE** | ) |
| **COLLEGE OF TECHNOLOGY and** | ) |
| **ELMER SMITH** | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff Darryl Booker, by and through the undersigned counsel of record, hereby files this Complaint for Damages against Interactive Learning Systems, Inc. d/b/a Interactive College of Technology ("ICT") and Elmer Smith (collectively, "Defendants"), showing the Court as follows:

## NATURE OF COMPLAINT

1.

Plaintiff brings this action under the Fair Labor Standards Act of 1938, as amended 29 U.S.C. § 201 *et seq.* ("FLSA") to recover (1) damages for unlawful retaliation in violation of §215(a)(3) and (2) reasonable attorneys' fees and costs.

## JURISDICTION AND VENUE

2.

Plaintiff invokes the jurisdiction of this Court pursuant to 28 U.S.C. §§ 1331, 1343 and 29 U.S.C. 216(b) on the grounds that this action arises under the FLSA, 29 U.S.C. § 201 *et seq*.

3.

The venue of this action is properly placed in the Northern District of Georgia, Atlanta Division pursuant to 28 U.S.C. § 1391 because the activities giving rise to Plaintiff's claims transpired in this district and Defendants are residents of this District.

## PARTIES

4.

Plaintiff Darryl Booker is a citizen of the United States, a resident of the State of Georgia, and is subject to the jurisdiction of this Court.

5.

Defendant Interactive College of Technology is a domestic for profit business and has it principal place of business at 5303 New Peachtree Road, Chamblee, GA 30341. Accordingly, venue in this Court is proper pursuant to 28 U.S.C. § 1391. Defendant ICT may be served with Summons and Process through

its registered agent, Rollin Mallernee II, 400 Colony Sq. Ste. 1750, Atlanta, GA 30361.

6.

Defendant ICT is, and was at all times relevant to this action, an "employer" as defined by FLSA §3(d), 29 U.S.C. §203(d), an "enterprise" within the meaning of FLSA, 29 U.S.C. §203(r), and "engaged in commerce" within the meaning of FLSA, 29 U.S.C. §203(s)(1), 206 and 207.

7.

Elmer Smith is the CEO of ICT. Defendant Smith may be served with Summons and Process at his business address 5303 New Peachtree Rd, Chamblee, GA 30341.

8.

Defendant Smith was involved in the day-to-day operations of ICT, and had authority to hire and fire employees.

9.

Plaintiff was an "employee" of Defendant ICT as defined by FLSA §3(e), 29 U.S.C. §203(e).

10.

Defendant ICT is a private employer engaged in interstate commerce and has employees engaged in interstate commerce.

## **STATEMENT OF FACTS**

11.

On January 28, 2017, Mr. Booker began working for Defendant ICT as an Admissions Representative.

12.

As an Admissions Representative, Mr. Booker was paid $17/hour.

13.

Mr. Booker reported to Sofia Lukas, Supervisor.

14.

Not long after being hired, Mr. Booker observed that his Supervisor was reducing the number of hours he worked by 5-15 hours/pay period.

15.

On May 3, 2017, Mr. Booker complained to his supervisor regarding the reduction in his hours.

16.

Mr. Booker's supervisor refused to discuss the matter.

17.

On that same day, May 3, 2017, Mr. Booker then escalated his concerns to Jo Ann Koch, Vice President of Operations.

18.

Two hours after speaking with Ms. Koch about his hours being reduced on his paycheck, Mr. Booker's employment was terminated.

19.

At all relevant times, Plaintiff Booker operated under the good faith belief that Defendants' actions were in violation of the FLSA.

## **RETALIATION IN VIOLATION OF THE FLSA**

20.

Plaintiff hereby incorporates all previous Paragraphs as if fully restated herein.

21.

Plaintiff engaged in statutorily protected conduct under the FLSA by opposing an employment practice he reasonably believed was unlawful under the FLSA when he complained about his hours being reduced.

22.

Plaintiff was retaliated against for engaging in statutorily protected conduct. To wit, Defendant terminated his employment shortly after Plaintiff complained about not being fully compensated on his pay check.

23.

Plaintiff never received any reprimands or other adverse treatment until he complained about not being paid for all hours worked.

24.

Plaintiff's statutorily protected activity was the motivating factor in the Defendants' decision to terminate his employment.

25.

As a direct and proximate result of the retaliation, Plaintiffs has sustained financial losses and mental anguish for which he is entitled to recover from Defendants.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for:

1) Judgment against Defendants for an amount equal to Plaintiff's unpaid back wages and liquidated damages equal to the lost wages;

2) Attorneys' fees and costs of litigation pursuant to 29 U.S.C. § 216(b);

3) Trial by jury as to all issues;

4) Prejudgment interest at the rate allowed by law;

5) Declaratory relief to the effect Defendants have violated Plaintiff's statutory rights; and

6) Any and all such further relief that this Court or the finder of fact deems equitable and just.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff herein demands a trial by jury of all issues in this action.

Respectfully submitted, this 1st day of August, 2017.

**MOLDEN & ASSOCIATES**

/s/ Tremain C. Mattress
Regina S. Molden
Georgia Bar No.: 515454
Tremain C. Mattress
Georgia Bar No.: 940529
Peachtree Center – Harris Tower
Suite 1245
233 Peachtree Street NE
Atlanta, Georgia 30303
Telephone: (404) 324-4500
Facsimile: (404) 324-4501
Email: RMolden@moldenlaw.com
TMattress@moldenlaw.com

*Counsel for Plaintiff*

## **FONT CERTIFICATION**

Pursuant to LR 7.1D, NDGa, the undersigned hereby certifies that the above Motion was prepared using Times New Roman (14 point), as approved by LR 5.1B, NDGa.

Respectfully submitted this 1st day of August, 2017.

                MOLDEN & ASSOCIATES

                        /s/*Tremain C. Mattress*
                        Tremain C. Mattress
                        Georgia Bar No. 940529