# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DARRYL BOOKER, | : | |
| | : | |
| Plaintiff, | : | Civil Action File No.: |
| | : | |
| v. | : | 1:17-cv-02893-MLB |
| | : | |
| INTERACTIVE LEARNING SYSTEMS, INC. et al. | : | |
| | : | |
| | : | |
| Defendant. | : | |

_____

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Darryl Booker and Defendants Interactive Learning Systems, Inc. and Elmer Smith, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses his civil action with prejudice against Defendants based on factual evidence uncovered during discovery, with all parties bearing their own costs and fees. All parties jointly stipulate to the dismissal of this action, thereby concluding this matter in its entirety.

SO STIPULATED, this the 8th day of February, 2018.

Respectfully submitted,

| | |
|---|---|
| AGREED TO AND SUBMITTED BY: | AGREED TO BY: |

/s/ *Tremain C. Mattress*
Tremain C. Mattress
Georgia Bar No. 940529
Molden & Associates
Peachtree Center—Harris Tower
233 Peachtree St., NE
Suite 1245
Atlanta, GA 30303
Phone: (404)324-4500
Fax: (404)324-4501
Email: tmattress@moldenlaw.com

Counsel for Plaintiff

*/s/Angella Myers*
Angella H. Myers *(Pro Hac Vice)*
Texas State Bar No. 24027229
 Louisiana State Bar No. 25411
The Myers Law Group, LLP.
8144 Walnut Hill Lane, Ste. 390
Dallas, TX 75231
Phone: (972)781-2400
amyers@myerslawllp.com

And

Rollin E. Mallernee II
GA Bar No. 467650
Mallernee, Branch & Daffner, LLP.
400 Colony Square Building,
Suite 1750
1201 Peachtree St.
Atlanta, GA 30361
(404)875-4000

Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DARRYL BOOKER, | : | |
| | : | |
| Plaintiff, | : | Civil Action File No.: |
| | : | |
| v. | : | 1:17-cv-02893-MLB |
| | : | |
| INTERACTIVE LEARNING SYSTEMS, INC. et al. | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed the foregoing STIPULATION OF DISMISSAL, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to opposing counsel as follows.

    Angella Myers
    amyers@myerslawllp.com
    Rollin E. Mallernee II
    rmallernee@mbdcounsel.com

This 8th day of February 2018.

    /s/*Tremain C. Mattress*
    Tremain C. Mattress
    GA Bar No. 940529